

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Christopher Dee Beshirs, Appellant

No. 06-12-00108-CR          v.

The State of Texas, Appellee

Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-1031-11). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect assessed costs in the sum of just $513.00.  We modify the withdrawal order to direct the withdrawal limited to the sum of $10,513.00.  As modified, we affirm the judgment of the trial court and the withdrawal order.

We note that the appellant, Christopher Dee Beshirs, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 24, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk